1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Emil S. Kim, Esq.
   Nevada Bar No. 14894
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  kime@ballardspahr.com

7  *Attorneys for Defendant*
   *JP Morgan Chase Bank NA*
8

9           IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF NEVADA

11 | CLIFTON L. JONES | CASE NO. 2:20-cv-00889-APG-NJK |

12 | Plaintiff, |

13 | v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK, NA TO RESPOND TO PLAINTIFF'S COMPLAINT** |

14 | JP MORGAN CHASE BANK NA; |

15 | Defendants. |

16 | | (First Request) |

17

18   Plaintiff Clifton L. Jones ("Plaintiff") and Defendant JP Morgan Chase Bank

19 NA ("Chase")[1] stipulate and agree that Chase has up to and including July 7, 2020 to

20 respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate

21 Plaintiff's allegations and for Chase to prepare a response.

22

23                      *[Continued on following page.]*

---

[1] By filing this Stipulation, Chase is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40226009 v1.docx

1   This is the first request for an extension, and is made in good faith and not for
2   purposes of delay.
3   Dated this 16th day of June, 2020.

4   BALLARD SPAHR LLP                              KRIEGER LAW GROUP LLC

6   By: /s/ Joel E. Tasca                          By: /s/ David H. Krieger
7   Joel E. Tasca, Esq.                            David H. Krieger, Esq.
    Nevada Bar No. 14124                           Nevada Bar No. 9086
    Emil S. Kim, Esq.                              Shawn Miller, Esq.
8   Nevada Bar No. 14894                           Nevada Bar No. 7825
    BALLARD SPAHR LLP                              KRIEGER LAW GROUP LLC
9   1980 Festival Plaza Drive, Suite 900           2850 W. Horizon Ridge Parkway, Suite 200
    Las Vegas, Nevada 89135                        Henderson, Nevada 89052

11  *Attorneys for Defendant*                      *Attorney for Plaintiff Clifton L. Jones*
    *JP Morgan Chase Bank NA*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 16, 2020

2

DMWEST #40226009 v1.docx