Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant*
*JP Morgan Chase Bank NA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLIFTON L. JONES<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK NA;<br><br>Defendants. | CASE NO. 2:20-cv-00889-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK, NA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Clifton L. Jones ("Plaintiff") and Defendant JP Morgan Chase Bank NA ("Chase")[1] stipulate and agree that Chase has up to and including July 28, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Chase to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Chase is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40287672 v1

This is the second request for an extension, and is made in good faith and not for purposes of delay.

Dated this 7th day of July, 2020.

| BALLARD SPAHR LLP | KRIEGER LAW GROUP LLC |
|---|---|
| By: /s/ Joel E. Tasca | By: /s/ David H. Krieger |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No. 14894<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>KRIEGER LAW GROUP LLC<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, Nevada 89052 |
| *Attorneys for Defendant*<br>*JP Morgan Chase Bank NA* | *Attorney for Plaintiff Clifton L. Jones* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 8, 2020

2

DMWEST #40287672 v1